UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

*In re:*

**JANET PALHETE GAINER**  Case No.: 8:10-bk-30143-KRM
  Chapter 13
  **Debtor.**
_____/

# DEBTOR'S OBJECTION TO CLAIM NO. 3
# OF AMERICAN AIRLINES FEDERAL CREDIT UNION

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider this Objection without further notice or hearing unless a party in interest files a response within thirty (30) days after the date of service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of Bankruptcy Court, 801 N. Florida Avenue, Suite 727, Tampa, FL 33602, and serve a copy on the following attorney: David W. Steen, Esquire, 13902 N. Dale Mabry Highway, Suite 110, Tampa, FL 33618.**

**If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this objection, will proceed to consider the objection without further notice or hearing, and may grant the relief requested.**

---

JANET PALHETE GAINER, the Debtor herein, does hereby file this Objection to Claim No. 3 of American Airlines Federal Credit Union and as grounds therefore states that:

1. On March 7, 2011, American Airlines Federal Credit Union filed Proof of Claim No. 3 in the amount of Seven Thousand One Hundred Eighty dollars and 73/100 ($7,180.73) as a secured claim.

2. The basis of the secured claim was for an automobile loan on a 2007 Honda Odyssey in 2006.

1

3. The credit card was issued to the Debtor in 2004, and the Debtor acquired the Honda Odyssey in 2006.

4. The basis of this Objection is that the credit card line of credit was established before the purchase of the vehicle.

5. Pursuant to F.S. §679.2041, a security agreement may not create a security interest in after-acquired consumer goods.

6. Also, pursuant to F.S. §679.1021(w), a vehicle purchased primarily for personal use is a consumer good.

7. Based upon the foregoing, the secured claim should be reduced to $2,458.50, less any post-petition payments.

WHEREFORE, the Debtor requests that this Court enter an Order sustaining the Debtor's Objection to Claim No. 3 of American Airlines Federal Credit Union; reduce the secured claim to the amount of $2,458.50; and for such other and further relief as is just and proper.

DAVID W. STEEN, P. A.

 */s/ David W. Steen*
David W. Steen, Esquire
Florida Bar No.: 221546
13902 N. Dale Mabry Hwy. Suite 110
Tampa, FL 33618
Telephone: (813) 251-3000
Facsimile: (813) 251-3100
E-Mail: dwsteen@dsteenpa.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Debtor's Objection to Claim No. 3 of American Airlines Federal Credit Union by electronic transmittal and/or United States Mail to: United States Trustee, 501 E. Polk Street, Tampa, FL 33602; Terry E. Smith, Trustee, PO Box 6099, Sun City Center, FL 33571; American Airlines Federal Credit Union, c/o Lyn Orbitz, Bankruptcy Coordinator, MD2100, PO Box 619001, DFW Airport, TX 75261-9001; American Airlines Federal Credit Union, c/o Angie Owens, Pres/CEO, PO Box 619001, MD 2100 (HDQ), DFW Airport, TX 75261-9001; Chad D. Heckman, Esq., 908 N. Gadsden Street, Tallahassee, FL 32303; and Janet Palhete Gainer, 509 Tampa Street, #2C, Tampa, FL 33602, on this 15th day of June, 2011.

                                                           */s/ David W. Steen*
                                                          DAVID W. STEEN, ESQUIRE